**Motion Granted; Order filed June 14, 2012**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00284-CR

_____

**THE STATE OF TEXAS, Appellant**

**V.**

**STEPHANIE SANDERS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-CCR-157732**

## ORDER

The State filed a motion requesting that the court inspect the original of **State's exhibit 2, the original security videotape.**

The motion is granted. The clerk of the County Court at Law No 1 is directed to deliver to the Clerk of this court the original of State's exhibit 2, the original security

videotape, on or before **July 12, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit 2, the original security videotape, to the clerk of the County Court at Law No 1.


PER CURIAM